UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 10-3039 JVB |
| | ) |
| NATHANIEL ROBERTS, ET AL. | ) |

## ORDER

This matter comes before the Court on the Government's Motion to Seal Complaint, Affidavit and Arrest Warrants. It is hereby ordered that:

The Motion is granted and the documents are ordered sealed, pending further order of the Court, except that a copy of the complaint, affidavit and arrest warrants: (a) may be provided to the arresting officers; (b) may be provided by the Government to the defendants or the defendants' counsel after the defendants are arrested; and (c) shall be provided by the Clerk's office to the United States Marshals Service (USMS) to permit the USMS to perform its statutorily-authorized duties.

The Clerk is directed to file this Order and related matters under seal and, except for a copy of the documents the Clerk shall provide to the arresting officers and USMS, to serve them only on counsel for the Government.

HONORABLE JOE B. BROWN
UNITED STATES MAGISTRATE JUDGE

Dated: 21 Oct 10