UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 10-3039 JB |
| | ) | MAGISTRATE JUDGE BRYANT |
| NATHANIEL ROBERTS, | ) | |
| TAVORIS ROBERTS, | ) | |
| PATRICK BULLOCK, | ) | |
| SHERMAIN AIDEN, and | ) | |
| JOHNNY TURRENTINE | ) | |

## ORDER

The government has moved that the Court direct the Clerk's Office to unseal the Complaint and Warrant in the above-styled case on the basis that the warrant has been executed and there is no further need for the Complaint and Warrant to remain sealed.

It is therefore ORDERED that the Clerk is directed to unseal the Complaint and Warrant in the above-styled matter for the reason herein stated.

This 22nd day of October, 2010.

_____
JOHN S. BRYANT
UNITED STATES MAGISTRATE JUDGE